No. 83–5679.  HORNICK *v.* NOYES ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 83–5680.  GRANGER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 83–5699.  GREGORIO *v.* UNITED STATES PAROLE COMMISSION.  C. A. 2d Cir.  Certiorari denied.

No. 83–5706.  CURRA-BARONA ET AL. *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 83–5713.  CHRISTENSEN *v.* SPALDING.  C. A. 9th Cir.  Certiorari denied.

No. 83–5723.  GARAUX *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 83–5728.  RAHEEM *v.* HENDERSON, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 83–5764.  FLEMING *v.* STALLER ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 83–5829.  WALKER *v.* ILLINOIS.  App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 83–5837.  PEREZ-ROBLES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 83–5841.  CLARK *v.* COOMBE, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 83–5851.  KETTLER *v.* ILLINOIS.  App. Ct. Ill., 4th Dist.  Certiorari denied.

No. 83–5871.  DUNN *v.* MAGGIO, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 83–5872.  GATES *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 8th Cir.  Certiorari denied.